IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NESTOR HERNANDEZ,

    Plaintiff,

vs.                                                                                Civ. No. 20-cv-0035 KG-JHR

ANDREA REEB,
STATE OF NEW MEXICO
DEPARTMENT OF CORRECTIONS,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

IT IS ORDERED, ADJUDGED, AND DECREED all civil 42 U.S.C. § 1983 claims in the original Prisoner Civil Rights Complaint (Doc. 1) are dismissed with prejudice; and any 28 U.S.C. § 2254 habeas claims in the Complaint (Doc. 1) are dismissed without prejudice.

                                                                            _____
                                                                            UNITED STATES DISTRICT JUDGE